In the Matter of Keith Knight, Appellant, v Norman Bezio, as Director of Special Housing and Inmate Disciplinary Program, Respondent.

Submitted May 23, 2011; decided June 30, 2011

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

Laurence L. Leff, Ph.D., as Administrator of the Estate of Eve Lewis, Deceased, et al., Appellants, v TIAA-CREF Life Insurance Company, Respondent.

Submitted May 23, 2011; decided June 30, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of Lorraine D., Appellant, v Widmack C. et al., Respondents. (And Other Proceedings.)

Submitted May 23, 2011; decided June 30, 2011

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order which affirmed so much of Family Court's order denying that branch of appellant's motion as sought to vacate the part of Family Court's prior order determining custody, dismissed upon the ground that such portion of the Appellate Division order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution; motion for leave to appeal otherwise denied.